IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SOUTHEASTERN LEGAL FOUNDATION, INC. | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) ) | FILE NO. 1:15-CV-386-AT |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY | ) ) ) | |
| Defendant. | ) | |

**PLAINTIFF'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT**

COMES NOW Plaintiff Southeastern Legal Foundation, Inc. (SLF), and, pursuant to Fed. R. Civ. P. 56, respectfully files this Cross-Motion for Summary Judgment on (1) all claims pertinent to SLF's FOIA request submitted April 2010 (FOIA Request No. HQ-FOI-01115-10), and (2) all claims pertinent to SLF's FOIA request submitted November 2013 (FOIA Request No. EPA-HQ-2014-001489).

SLF submits herewith Plaintiff's Brief in Opposition to Defendant's Motion for Partial Summary Judgment and in Support of Plaintiff's Cross-Motion for Partial Summary Judgment, Plaintiff's Response to Defendant's Statement of Material Facts in Support of Its Motion for Partial Summary Judgment and Plaintiff's

Statement of Undisputed Material Facts in Support of Its Cross-Motion for Partial Summary Judgment, and the Declaration of Kimberly S. Hermann.

For the reasons set forth in the accompanying brief and supporting materials, SLF respectfully requests that summary judgment be entered in its favor on the above-referenced claims.

Respectfully submitted this 20th day of July, 2015.

SOUTHEASTERN LEGAL FOUNDATION

By:  /s/ Shannon L. Goessling
Shannon L. Goessling
Georgia Bar No. 298951
Kimberly S. Hermann
Georgia Bar No. 646473
2255 Sewell Mill Road
Suite 320
Marietta, Georgia 30062
(770) 977-2131
(770) 977-2134 (Fax)

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2015, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail and/or facsimile. Parties may access the filing through the Court's electronic filing system.

/s/ Shannon L. Goessling